UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| TODD ADAM GAMACHE, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:11-CV-111-DBH |
| | ) | |
| MARTIN MAGNUSSON, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On September 6, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on the defendants' motion to dismiss the plaintiff's amended complaint. The plaintiff filed an objection to the Recommended Decision on October 14, 2011, and the defendants' responded to the objection on October 17, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motion to dismiss is **GRANTED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF OCTOBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**